**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In Re: | Case No.: 19-43742-MJH |
| NICOLE LYNN GARRISON, | |
| Debtor. | ORDER ON TRUSTEE'S OBJECTION TO EXEMPTIONS |

     **THIS MATTER** having come on before the above entitled Court pursuant to the

Chapter 13 Trustee's Objection to Exemptions and the Court having reviewed the records and

files herein and being fully advised, it is hereby

     **ORDERED**, that Trustee's Objection to Debtor's exemption in the amount of $25,150.00

under 11 U.S.C. §522(d)(11)(D)  is sustained.  The debtor's exemption for Potential PI claim is

hereby held in abeyance until such time as the claim is liquidated.

///End of Order///

Presented by:

_Michael Mala_ (signature)

~~Mathew S. LaCroix, WSBA #41847, for~~
Michael G. Malaier
Chapter 13 Standing Trustee

Order on Objection to Exemptions

Michael G. Malaier<br>
Chapter 13 Standing Trustee<br>
2122 Commerce Street<br>
Tacoma, WA  98402<br>
(253) 572-6600